# EXHIBIT E

### STATE OF MICHIGAN

### WASHTENAW COUNTY CIRCUIT COURT

| | |
|---|---|
| COMERICA BANK, a Texas banking association, successor by merger to Comerica Bank, a Michigan banking corporation, | Case No. 09-923-CH<br><br>Hon. David Swartz |
| Plaintiff, | |
| v | |
| NOTZRIM PROPERTY MANAGEMENT COMPANY, a, Michigan corporation, YPSILANTI R&R MINI MART, LLC a Michigan limited liability company, and JACKSON R&R MINI MART, LLC a Michigan limited liability company, jointly and severally, | |
| Defendants. | |

_____/

MILLER, CANFIELD, PADDOCK AND STONE, PLC
Steven A. Roach (P-39555)
Nelson O. Ropke (P-67575)
Attorneys for Plaintiff
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 963-6420

_____/

### ORDER GRANTING RECEIVER AUTHORITY TO CONVEY 505 N. WEST AVENUE, JACKSON, MI 49203 FREE AND CLEAR OF LIENS AND INTERESTS

At a session of said Court held in Ann Arbor, Michigan on **MAY 0 5 2010**

PRESENT: Hon. **DAVID S. SWARTZ**
Circuit Court Judge

17,954,131.1\022754-01876

-2-

Upon application of the Receiver for the authority to sell and convey the Receivership Property located at 505 N. West Ave., Jackson, Michigan, the Court having conducted a hearing in open Court on May 5, 2010, and the Court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED that the Receiver is authorized to convey 505 N. West Ave., Jackson, Michigan, legally described on the attached Exhibit A ("Property") for a sales price of $155,000 by a quit claim deed and that such conveyance will be free and clear of any liens, leasehold rights, claimed ownership interests or, any right, title or interest of Defendants.

IT IS FURTHER ORDERED that the Property will sold free and clear of any and all right, title and interest of Prime Financial, Inc. including that certain mortgage dated May 9, 2008 and recorded on March 3, 2009 in Liber 1915, Page 1015, Jackson County Records.

IT IS FURTHER ORDERED that the Receiver is authorized to disburse the proceeds received from the sale directly to Comerica Bank.

IT IS FURTHER ORDERED that this order constitutes a final order, and the Court expressly determines that there is no just reason for delay, in accordance with MCR 2.604(B).

/S/ DAVID S. SWARTZ
_____
Circuit Court Judge

# EXHIBIT A

Land in the City of Jackson, County of Wayne, State of Michigan:

Lot 38, Block 7, STEWARD'S ADDITION TO THE CITY OF JACKSON, except the Easterly 5 feet thereof, as recorded in Liber 2, Page 5, of Plats, Jackson County Records. Also, Lots 35, 36 and 37, and the Easterly 5 feet of Lot 38, Block 7, STEWARD'S ADDITION TO THE CITY OF JACKSON, as located in Section 34, Town 2 South, Range 1 West, as recorded in Liber 2, Page 5, of Plats, Jackson County Records

Tax Identification No. 2-101100000.